

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-13-00512-CV

Style:               Jack Grynberg d/b/a Grynberg Petroleum Company

                     **v** Teledrift Company d/b/a Spidle Turbeco

Date motion filed[*]:   March 4, 2014

Type of motion:      Motion for Withdrawal and Substitution of Counsel

Party filing motion:   Appellant

Document to be filed:  N/A

Is appeal accelerated?      No

Ordered that motion is:

     ☑ Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐     Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐     Other: _____

     **The Clerk of this Court is ordered to substitute Bradley W. Snead for Kenneth L. Parker, Jr. as appellant's counsel of record. We further notify counsel Snead that this substitution will not affect any pending deadlines in this appeal.**

Judge's signature: /s/ Chief Justice Sherry Radack
         × Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: March 11, 2014

November 7, 2008 Revision